and the side of my face was swollen all over.' "

In view of the testimony set out, we would not be warranted in disturbing the trial court's finding that the assault which occurred after Summers and his companion had left the cafe to report the first assault to officers was premeditated, and that the means used by appellants were calculated to inflict serious bodily injury.

The judgments are affirmed.

PER CURIAM.

The offense is possession of whisky for the purpose of sale in a dry area; the punishment, 20 days in jail and a fine of $200.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.